UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:15-CR-6-1BR

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ADREAN LAMONT JONES | ORDER |

This matter is before the court on defendant's *pro se* motions to terminate his term of supervised release. (DE ## 48, 50.) The government has not filed any response.

> The court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7)—
> (1) terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice[.]

18 U.S.C. § 3583(e).

Defendant was released from imprisonment on 21 December 2020, see Bureau of Prisons, Find an Inmate, https://www.bop.gov/inmateloc/ (search BOP Register Number 51368-056), and has served just over one year of his five-year term of supervised release. Defendant does not provide any factual basis for his requests for early termination other than "he has abided by all terms of his supervised release for the period exceeding one year." (Mots., DE ## 48, 50.) The United States Probation Office has informed the court that although defendant is compliant with the terms of supervised release, they do not recommend early termination based on defendant's criminal history, which includes convictions for possession of controlled substances, distribution of controlled substances, and possession of a firearm by a felon.

Considering the record in this case, particularly the opinion of the United States Probation Office, the court finds that the interest of justice would not be served by the termination of defendant's supervised release at this time. Defendant's motions are DENIED WITHOUT PREJUDICE. If defendant files another motion for early termination of supervised release, the motion shall state the position of his supervising probation officer.

This 16 March 2022.

_____
W. Earl Britt
Senior U.S. District Judge

2

Case 7:15-cr-00006-BR   Document 51   Filed 03/16/22   Page 2 of 2